cc: FPD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHMED BEKHOEV,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID MARIN et al.,<br><br>      Defendants. | Case No. 5:26-cv-00206-SB-RAO<br><br>ORDER OF REFERRAL TO OFFICE OF THE FEDERAL PUBLIC DEFENDER |

    Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus, a motion for a temporary restraining order and preliminary injunction, and a request for appointment of counsel.

    Though styled as a motion, Petitioner's motion for preliminary relief fails to comply with the procedural requirements for filing a motion. *See, e.g.*, L.R. 7-3, 7-4. To the extent that it is intended to serve as an ex parte application for a temporary restraining order, it fails to comply with the procedural and notice requirements in L.R. 65-1, L.R. 7-19.1, and Paragraph 9 of this Court's Civil Standing Order. Petitioner's motion (Dkt. No. 2) is therefore denied without prejudice.

    As to Petitioner's request for appointment of counsel, there is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

2

      Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner.  The office of the Federal Public Defender for the Central District of California (FPD) has indicated that it will accept appointments to represent pro se petitioners in immigration-related habeas corpus proceedings such as this one.  Accordingly, the Court refers this case to the FPD for consideration of appointment of counsel for Petitioner.  The FPD is ordered to file a response by January 26, 2026, stating whether the FPD will represent Petitioner in this matter.  This obligation shall be satisfied if the FPD files a notice of appearance in this case.  The clerk's office is directed to serve a copy of this order on the FPD.

Date: January 20, 2026                       _____
                                                                                 Stanley Blumenfeld, Jr.
                                                                              United States District Judge