# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AKHMED BEKHOEV,

            Petitioner,

   v.

DAVID MARIN, *et al.*,

            Respondents.

Case No. CV 5:26-00206-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is Granted in Part.

DATED:  April 28, 2026



_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE